■ In the Matter of TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA, Appellant, v LUIS MAYEN, Respondent. [917 NYS2d 854]—

Supreme Court properly denied the request for a permanent stay of arbitration, since petitioner failed to meet its burden of proof that a hit-and-run accident did not occur (*Matter of Empire Mut. Ins. Co. [Greaney—National Union Fire Ins. Co. of Pittsburgh]*, 156 AD2d 154, 155 [1989]). The evidence adduced at the hearing, including the testimony of respondent's coworker who witnessed another vehicle hit respondent's car, showed that respondent was indeed involved in a hit-and-run accident (*see Matter of Allstate Ins. Co. v Killakey*, 78 NY2d 325 [1991]). Although the police accident report indicated that respondent told the responding officer that the crash was the result of a blown out tire, the court reasonably attributed this statement to the fact that respondent was falling in and out of consciousness at the accident scene. Concur—Gonzalez, P.J., Tom, Andrias, Renwick and Abdus-Salaam, JJ.